IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**LEVORIA JEFFERSON, ROSE GREER,**
**ANTANETTE JACKSON, NANCY HEARD,**
**ARDELIA ECHOLS, and ERICA DAVIS**                                                **PLAINTIFFS**

**VS.**                                        **2:04-CV-00170 WRW**

**HELENA/WEST HELENA SCHOOL DISTRICT,**
A Public Body Corporate, **WILLIE EASTER,**
In His Individual and Official Capacity
as Superintendent of School, **CLIFTON WALKER,**
**WALTER DARNELL, JESSE SMITH, RAYNE GORDON,**
**LIONELL MOSS, LARRY WILSON, and RAYMOND SIMS,**
In Their Individual and Official Capacities as Members
of the Board of Education for the Helena/West Helena
School District, A Public Body Corporate, and
**ALDOLPHUS HICKS**                                                               **DEFENDANTS**

## ORDER

Pending is Plaintiffs' Motion for Default Judgment (Doc. No. 32) against separate Defendant Adolphus Hicks. Defendant Hicks failed to file an Answer to Plaintiff's Complaint so Plaintiffs filed a Motion for Default Judgment. The deadline has passed for Defendant Hicks to file a response to Plaintiffs' motion. Accordingly, Plaintiffs' Motion for Default Judgment is unopposed and is, therefore, GRANTED.

IT IS SO ORDERED this 11th day of September, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE