# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

LEVORIA JEFFERSON, ROSE GREER,
ANTANETTE JACKSON, NANCY HEARD,
ARDELIA ECHOLS, AND ERICA DAVIS                                          PLAINTIFFS

V.                                                          CASE NO. 2:04 CV 0170 WRW

HELENA-WEST HELENA SCHOOL DISTRICT,
A Public Body Corporate, WILLIE EASTER,
In His Individual and Official Capacity
As Superintendent of School, CLIFTON WALKER,
WALTER DARNELL, JESSIE SMITH, RAYNE
GORDON, LIONELL MOSS, LARRY WILSON,
And RAYMOND SIMES, In their Individual and
Official Capacities as Members of the Board of
Education for the Helena-West Helena School District,
A Public Body Corporate, and
ADOLPHUS HICKS                                                           DEFENDANTS

## CONSENT ORDER

On this date came before the court the plaintiffs, by and through their attorney, Austin Porter, Jr. and the Helena-West Helena School District ("District"), by and through its lawyers, Rieves, Rubens & Mayton, and they have advised that the plaintiffs have settled the claims asserted against the District. Accordingly, pursuant to the agreement and joint motion of the plaintiffs and the District, all of plaintiffs' claims against the District, Willie Easter, Clifton Walker, Walter Darnell, Jessie Smith, Rayne Gordon, Lionell Moss, Larry Wilson, and Raymond Simes are hereby dismissed with prejudice.

Plaintiffs' claims against Adolphus Hicks, who has failed to appear or answer, remain before the court.

**IT IS SO ORDERED.**

_____
United States District Judge

Date: 11/13/2008

**Approved:**

_____
Austin Porter, Jr.
Attorney for Plaintiffs

_____
Lawrence W. Jackson
Attorney for Defendant
Helena-West Helena School District