# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**LEVORIA JEFFERSON, et al**                                                                 **PLAINTIFFS**

**v.**                                           **2:04CV00170-WRW**

**ALDOLPHUS HICKS**                                                                           **DEFENDANT**

## ORDER

An Order granting Plaintiffs' Motion for Default Judgment was entered on September 11, 2008, (doc #33).

Under Rule 55(a), the party seeking default judgment must have the Clerk of the Court enter the default by showing that the opposing party has failed to plead or otherwise defend. After default has been entered by the Clerk, the moving party may, under Rule 55(b), seek entry of judgment on the default.

The Clerk of the Court is directed to enter a Clerk's Default pursuant to the September 11, 2008 Order.

IT IS SO ORDERED this 29th day of January, 2009.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

Order.ClerksDefault.Hicks.wpd