**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**LEVORIA JEFFERSON, et al.**                                                   **PLAINTIFFS**

**v.**                               **2:04-CV-00170-WRW**

**ADOLPHUS HICKS**                                                        **DEFENDANT**

## JUDGMENT

A Hearing on the Motion for Default Judgment was held on January 29, 2009, and February 17, 2009. The Court having found in favor of Plaintiffs, granted the Motion for Default Judgment.

Then the Court turned to damages and found as follows:

Lavoria Jefferson - compensatory damages in the amount of $50,000.00 and punitive damages in the amount of $5,000.00;

Rose Greer - compensatory damages in the amount of $50,000.00 and punitive damages in the amount of $5,000.00;

Erica Davis - compensatory damages in the amount of $50,000.00 and punitive damages in the amount of $5,000.00;

Antanette Jackson - compensatory damages in the amount of $25,000.00 and punitive damages in the amount of $5,000.00;

Nancy Heard - compensatory damages in the amount of $25,000.00 and punitive damages in the amount of $5,000.00;

Ardelia Echols - compensatory damages in the amount of $10,000.00 and punitive damages in the amount of $5,000.00.

Judgment is entered in favor of Plaintiffs in the amounts set out above, plus post-judgment interest at the rate of .64% until paid.  During a telephone conference on March 23, 2009, Plaintiffs' counsel indicated that he will file a motion for attorneys' fees within the time allotted by Local Rule 54.1(a).

IT IS SO ORDERED this 25th day of March, 2009

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE