**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**LEVORIA JEFFERSON,** *et al.*                                    **PLAINTIFFS**

**v.**                         **2:04-CV-00170-WRW**

**ADOLPHUS HICKS**                                          **DEFENDANT**

## ORDER

     Pending is Plaintiffs' Motion for Attorney's Fees (Doc. No. 53). Defendant has responded.[1]

     Plaintiffs request $8,500.00 in attorney's fees at an hourly rate of $250.00 for 34 hours billed since August 26, 2008.[2] Defendant "has no objection to the petition insofar as the hours requested and the hourly rate are very reasonable."[3] The Court notes that while Defendant concedes that Plaintiffs' counsel's hours billed and hourly rate are reasonable Defendant "does not waive or dilute any of the arguments he has raised heretofore his legal liability. . . ."[4]

     Accordingly, I find that Plaintiffs are entitled to reasonable attorney's fees in the amount of $8,500.00. Plaintiffs' Motion for Attorney's Fees is GRANTED.

     IT IS SO ORDERED this 14th day of April, 2009.

                     /s/ Wm. R. Wilson, Jr._____
                     UNITED STATES DISTRICT JUDGE

---

    [1]Doc. No. 55. Plaintiffs' Motion for Default Judgment against Adolphus Hicks (Doc. No. 32) was filed on August 26, 2008.

    [2]Doc. No. 53. Plaintiffs do not request any costs.

    [3]Doc. No. 55.

    [4]*Id.*